**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

2006 OCT 16  A 9: 38

_CHARLES A. MANN_ )
Full name and prison number )
of plaintiff(s) )
)
)
v. )     CIVIL ACTION NO. 2:06cv936 MHT
)     (To be supplied by Clerk of
_SOUTHERN HEALTH PART-_ )     U.S. District Court)
_NERS SERVICES, NURSE_ )
_TINA, SHERIFF HERBIE_ )
_JOHNSON, CAPTAIN LARRY_ )
_NIXON, et.al._ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✗)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✗)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _N/A_

            Defendant(s) _N/A_

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _N/A_
   _____

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _AUTAUGA METRO 136 NORTH COURT STREET PRATTVILLE, ALABAMA 36067_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _SAME AS ABOVE._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | _SOUTHERN HEALTH SERVICES_ | _136 N. CT. ST. PRATTVILLE, AL._ |
| 2. | _NURSE TINA OF SOUTHERN_ | _136 N. CT. ST. PRATTVILLE, AL. 36067_ |
| 3. | _SHERIFF HERBIE JOHNSON_ | _134 N. CT. ST. " " "_ |
| 4. | _CAPTAIN LARRY NIXON_ | _136 N. CT. ST. PRATTVILLE, AL. 36067_ |
| 5. | _LIEUTENANT S. LAMAR_ | _136. N. CT. ST. " " "_ |
| 6. | _SERGEANT WAYNE LILES_ | _136 N. CT. ST. PRATTVILLE, AL. 36067_ |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _SEPTEMBER 17TH, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I WAS RAPED BY ANOTHER INMATE IN SIX POD IN CELL NUMBER 602 WHEN HE PUT AN INK PEN IN MY EAR AND FORCED ME TO GIVE HIM ORAL SEX. HE ALSO SODOMIZED ME BY USING THE SAME METHOD OF THE INK PEN IN MY EAR THREATENING TO PUSH THE PEN INTO MY BRAIN UNLESS I COMPLIED._
_CONTINED DEFENDATES MARCUS_
_7. FEDERAL INMATE ROBERT SMITH IN CELL # 601 POP 6._
_IN HIS PERSONAL CAPACITY._

_* NOTE DEFENDANTS 1—6 IN THEIR PERSONAL AND OFFICIAL CAPACITY._

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I WAS MOVED OUT OF 7 POD ON SEPTEMBER 6TH, 2006 TO 6 POD CELL # 602. ON SEPTEMBER 7TH, 2006 AT THE 9:00PM NIGHTLY LOCKDOWN I WAS FORCED TO SLEEP ON THE FLOOR, DUE TO THE OVERCROWDING OF THE JAIL, IN A 2 MAN CELL. AFTER COUNT INMATE MARCUS SMITH SEXUALLY ASSAULTED ME.!!

Marcus Smith

*continued on next page*

**GROUND TWO:** DEFENDANTS WERE INFORMED THE DAY AFTER MY SEXUAL ASSAULT WHEN I SENT 4 INMATE REQUEST TO THE SECURITY

*continued on next page*

**SUPPORTING FACTS:** I DREW WHAT HAPPENED TO ME TO EACH + EVERY LISTED DEFENDANT BY WAY OF SENDING A REQUEST ADDRESSED INDIVIDUALLY TO EACH SECURITY PERSONNEL BEGGING FOR INTERVENTION, STILL THEY DID NOTHING AND I WAS FORCED TO REMAIN IN CELL # 602 UNTIL TUESDAY SEPTEMBER 13, 2006 WHEN I WENT TO AN OLDER INMATE IN CELL # 601 AND CONFIDED IN HIM—

**GROUND THREE:** I'VE BEEN IGNORED, CURSED, REFUSED TO BE CHECKED FOR ANY SEXUALLY TRANSMITTED DISEASE OR PROTECTED.

**SUPPORTING FACTS:** IT HAS BEEN 8 DAYS SINCE ALL HE DID TO ME AND I AM SCARED TO LEAVE THE # 601 CELL FOR FEAR OF THE ASSAILANT. EVERY RIGHT AN AMERICAN CITIZEN HAS HAS PRETTY MUCH BEEN VIOLATED BY ALL DEFENDANTS. I DEMANDED TO BE ALLOWED TO MAKE A COMPLAINT FOR SEXUAL ASSAULT AND TO HAVE INMATE SMITH CHARGED AND ARRESTED AND PROSECUTED FOR SEXUALLY ASSAULTING ME BY THE STAFF.

GROUND # 1 CONTINUED FROM PAGE # 2

I LATER CALLED THE OFFICER IN THE SECURITY TOWER ON THE EMERGENCY INTERCOM, AND INFORMED HIM OF WHAT HAD HAPPENED AND REQUESTED I BE MOVED TO, ANOTHER POD DUE TO THE ASSAULT, BUT MY VERBAL REQUEST WAS DENIED, SO I REQUESTED TO SEE THE NURSE IN THE MEDICAL UNIT DUE TO MY RECTUM HAVING BEEN TORN APART AND I WAS BLEEDING AND IN SERIOUS PAIN. NO ONE CAME IN 6 POD TO CHECK ON ME, TO TAKE ME TO THE MEDICAL UNIT AS I REQUESTED, NOR WAS I MOVED OUT OF CELL # 602! THEY VIOLATED MY RIGHT TO EQUAL PROTECTION OF LAW, THEY DENIED ME MEDICAL ATTENTION FOR MY INJURIES, AND NEGLECTED TO EVEN IN-

## GROUND #2 CONTINUED FROM PAGE #3.

PERSONNEL MAKING IT KNOWN I SUSTAINED INJURIES FROM A
SEXUAL ASSAULT AND I NEEDED MEDICAL ATTENTION DUE TO
THE RAPE, AND INJURIES I SUSTAINED, AS WELL AS FOR A
RAPE KIT TO HAVE BEEN DONE IN ORDER TO GET A DNA
SAMPLE OF THE SEMEN DEPOSITED IN ME FROM THE
SODOMIZING HE DID TO ME. MY REQUEST WENT UN-
ANSWERED, THEREFORE I WAS TREATED WITH RECKLESS
ENDANGERMENT, AND MY CIVIL RIGHTS AND CONSTITUTION
RIGHTS TO MEDICAL TREATMENT WERE VIOLATED WHEN
MY PLEAS FOR HELP, MEDICAL TREATMENT, AND TO BE
MOVED WERE ALL IGNORED THEREBY PUTTING ME IN
IMMINENT PHYSICAL, EMOTIONAL AND PERSONAL
DANGER.

## GROUND #2 SUPPORTING FACTS CONTINUED FROM PAGE #3.

AND HE TOLD ME TO GET IN HIS CELL WHILE HE SENT
ANOTHER INMATE, i.e. LEE ESCO, TO GET MY MAT AND
PERSONAL POSSESSIONS FROM CELL #602 SO I COULD
SLEEP ON THE FLOOR OF THEIR CELL TO BE SECURE
AND SAFE FROM INMATE SMITH. I WAS RAPED REPEATEDLY
FROM THURSDAY THROUGH TUESDAY MORNING BECAUSE NO
SECURITY PERSONNEL ASSISTED ME!!

**VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

I WOULD ASK THE COURT TO ALLOW ME TO SEEK CUMLATIVE, PUNITIVE AND MONETARY MONETARY DAMAGES AND FOR THE COURT TO ORDER DEFENDANTS TO TAKE ME TO AN EMERGENCY ROOM FOR TREATMENT AS WELL AS TO PUT CHARGES ON INMATE SMITH.

*Charles Mann*

**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 15TH DAY OF SEPTEMBER, 2006
**(Date)**

*Charles Mann*

**Signature of plaintiff(s)**

## VI. CONTINUED

DUE TO MY BEING IN DANGER AND DUE TO WHAT INMATE SMITH HAS GOTTEN AWAY WITH IN HIS SEXUAL ASSAULT OF ME BECAUSE OF THE DISGUSTINGLY COMPLETE DISREGUARD TO MY PLEAS FOR PROTECTION BY THE DEFENDANTS, I WOULD PLEAD WITH THE COURT TO INTERVENE IN MY SITUATION; TO SEND FEDERAL AUTHORITIES IN TO INVESTIGATE THIS MATTER AND ALLOW ME TO MAKE A CHARGE OF SEXUAL ASSAULT AND SODOMY AGAINST INMATE ROBERT SMITH, A FEDERAL DETAINEE. I WOULD ALSO REQUEST THE COURT TO FORCE THE AUTAUGA COUNTY JAIL AUTHORITIES TO MOVE THE ASSAILANT OUT OF 6 POD WHERE I AM HOUSED IN ORDER TO PROTECT ME AGAINST HIS FUTURE ASSAULTS ON MY PERSON.

*Charles Mann*