IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. MANN,               ) | |
|     Plaintiff,               ) | |
|                                  ) | CIVIL ACTION NO. |
| v.               ) | 2:06cv936-MHT |
|                                  ) | |
| SOUTHERN HEALTH PARTNERS ) | |
| SERVICES, et al.,              ) | |
|     Defendants.              ) | |

ORDER

It is ORDERED that J. Mark Englehart, of Beasley Allen Crow Methvin Portis & Miles, P.C., P.O. Box 4160, Montgomery, Alabama, 36103, (334) 269-2343, is appointed to represent plaintiff Charles A. Mann in this case.

The clerk of the court is directed forthwith to furnish a copy of the file to attorney Englehart.

DONE, this the 18th day of October, 2006.

                                                                /s/ Myron H. Thompson
                                                    **UNITED STATES DISTRICT JUDGE**