## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Herbie Johnson, Sheriff
   134 North Court Street
   Prattville, AL 36067

   2:06CV936-MHT

2. Article Number (Transfer from service label)

   7005 1820 0002 3461 6777

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara G. Rhodes — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   Cp≟Op

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wayne Liles, Sergeant
   136 North Court Street
   Prattville, AL 36067

   2:06CV936-MHT

2. Article Number (Transfer from service label)

   7005 1820 0002 3461 6807

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara G. Rhodes — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   Cp≟Op

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   S. Lamar, Lieutenant
   136 North Court Street
   Prattville, AL 36067

   2:06CV936-MHT

2. Article Number (Transfer from service label)

   7005 1820 0002 3461 6791

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara G. Rhodes — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   Cp≟Op

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Nixon, Captain
   136 North Court Street
   Prattville, AL 36067

   2:06cv936-MHT

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara D. Rhodes — ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Crp & Op
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Southern Health Partners Svc.
   136 N Court Street
   Prattville, AL 36067

   2:06cv936-MHT

2. Article Number: 7005 1820 0002 3461 6722

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara D. Rhodes — ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Crp & Op
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Nurse Tina
   c/o Southern Health Partners Services
   136 North Court Street
   Prattville, AL 36067

   2:06cv936-MHT

2. Article Number: 7005 1820 0002 3461 6760

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Barbara D. Rhodes — ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Crp & Op
C. Date of Delivery: 10-18-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540