IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES A. MANN, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CASE NO. 2:06-CV-936-MHT |
| | * |
| SOUTHERN HEALTH PARTNERS | * |
| SERVICES, et al., | * |
| | * |
| Defendants. | * |

## ANSWER TO COMPLAINT

COMES NOW the Defendants, SHERIFF JAMES "HERBIE" JOHNSON, CAPTAIN LARRY NIXON, LIEUTENANT S. LAMAR and SERGEANT WAYNE LILES, by and through their counsel and for Answer to Complaint would state and aver as follows:

I. States that they are without sufficient information from which to form a belief as to the truth and veracity of Paragraph I of the Complaint, but would otherwise deny each and every allegations contained in same and demand strict proof thereof.

II. Admits.

III. Admits that the Plaintiff alleges claims against the stated individuals, but would otherwise deny same and demand strict proof thereof.

IV. Admits that the Plaintiff alleges that a violation occurred on September 7, 2006, but would otherwise deny same and demand strict proof thereof.

V. Denies the allegations of Paragraph V and would demand strict proof thereof.

VI. Denies the allegations of Paragraph VI and would demand strict proof thereof.

FOR FURTHER ANSWER, the Defendants would plead immunity and qualified immunity.

J. ROBERT FAULK (FAU002)
Attorney for Defendants, James "Herbie" Johnson, Larry Nixon, S. Lamar and Wayne Liles

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5950   Telephone
(334) 365-6016   Facsimile
robert@mcdowellfaulk.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of November, 2006 served a copy of the foregoing on Charles A. Mann by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Charles A. Mann
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

J. ROBERT FAULK
