IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

CHARLES A. MANN,                    *        2006 NOV 22  P 1: 38
                                    *
        Plaintiff,                  *        DEBRA P. HACKETT, CLK
                                    *        U.S. DISTRICT COURT
vs.                                 *        CASE NO. 2:06-CV-936-MHT  MIDDLE DISTRICT ALA
                                    *
SOUTHERN HEALTH PARTNERS            *
SERVICES, et al.,                   *
                                    *
        Defendants.                 *

## REPORT BY DEFENDANTS, SHERIFF JAMES "HERBIE" JOHNSON, CAPTAIN LARRY NIXON and SERGEANT WAYNE LILES

COMES NOW the Defendants, SHERIFF JAMES "HERBIE" JOHNSON, CAPTAIN LARRY NIXON, LIEUTENANT S. LAMAR and SERGEANT WAYNE LILES, by and through their counsel and after a review of the subject matter of the Complaint provides to this Honorable Court a report as requested by Order dated the 17th day of October, 2006.

### A.  FACTS AND CIRCUMSTANCES

The Plaintiff, CHARLES A. MANN, is incarcerated for Receiving Stolen Property in the First Degree in the Autauga County Metro Jail pending transfer to the Alabama Department of Corrections.

The Plaintiff's complaint revolves around an allegation of inmate rape and abuse and the Autauga County Metro Jail's failure to provide adequate health care.

See attached statements of Sheriff James Johnson, Deputy Sheriff Larry Nixon and Inmate Robert Brown attached hereto as Exhibit "A", "B" and "C", respectively, and made a part hereof and which provide a summary of the facts and circumstances surrounding this matter.

## B. CORRECTIVE ACTION BY PRISON OFFICIALS

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate medical treatment is appropriate.

## C.  OTHER COMPLAINTS

The other complaints known to the Defendants deal with a Complaint pending in this Court by the following individuals:

Thomas Andrew Hollis v. Nurse Tina Ellis, et al under Civil Action No. 2:06-CV-814-WKW dealing with medical treatment.  This case is in the beginning stages of response.

James G. Huffman v. Southern Health Services Partners, et al under Civil Action No. 2:06-CV-748-MEF (WO)

The allegations in this Complaint do not appear to be similar enough for consolidation.

DATED: November 21, 2006.


J. ROBERT FAULK (FAU002)
Attorney for Defendants, James "Herbie" Johnson, Larry Nixon, S. Lamar and Wayne Liles

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5950          Telephone
(334) 365-6016          Facsimile
robert@mcdowellfaulk.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of November, 2006 served a copy of the foregoing on Charles A. Mann by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Charles A. Mann
Inmate
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

/ ROBERT FAULK

# Exhibit A

**EXHIBIT "A"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

### AFFIDAVIT OF SHERIFF JAMES "HERBIE" JOHNSON

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared JAMES "HERBIE" JOHNSON, whose name is signed to this Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is JAMES "HERBIE" JOHNSON and I am the Sheriff of Autauga County, Alabama. I have been the Sheriff of Autauga County for fifteen and one-half (15 ½) years.

I have read the Affidavit of Captain Larry Nixon and concur in his report and to the accuracy thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 21st day of November, 2006.

JAMES "HERBIE" JOHNSON
Sheriff
Autauga County, Alabama

SWORN TO and SUBSCRIBED before me on this the 21st day of November, 2006.

NOTARY PUBLIC

My Commission Expires:

J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

H:\LIT\Autauga County\Mann.2006-845\Report.wpd

# Exhibit B

**EXHIBIT "B"**

STATE OF ALABAMA

COUNTY OF AUTAUGA

BEFORE ME, the undersigned, a Notary Public in and for said County and State personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is known to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for 12 years. I am also the Chief Jailer for the Autauga County Metro Jail.

The purpose of this Affidavit is to provide to this Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by CHARLES A. MANN by Civil Action No. 2:06-CV-936-MHT.

Charles A. Mann is currently an inmate in the Autauga County Metro Jail being held for transfer to the Alabama Department of Corrections following a conviction for Receiving Stolen Property in the First Degree. He files this Complaint with this Honorable Court alleging that he was raped and abused by a fellow inmate and that he received inadequate medical treatment by the Autauga County Metro Jail and its staff. He also alleges inadequate medical care against Southern Health Partners.

After a thorough investigation, it is determined by the Autauga County Metro Jail that there is no evidence which would indicate that a rape or abuse occurred.

I provide the following information from my perspective and to address some of the concerns of Mr. Mann as they relate to jail procedures. Once an inmate is assigned to a POD, he is not

allowed to visit any other cell. (See Inmate Rules and Regulations attached to this Report as Exhibit "C" and made a part hereof.) Mr. Mann was assigned to Cell No. 603, but he had visited an inmate in Cell No. 602 which happens to be on a separate floor. Hence, he was in an unauthorized cell at the time of the alleged incident.

Mr. Mann states in his Complaint that the alleged rape occurred on September 7, 2006 and continued "repeatedly from Thursday through Tuesday morning." He also claimed he had been kicked during the struggle. The inmate claims he called security through use of the emergency intercom. A thorough review of the jail's log reveals that the inmate did not make any claims from September 7, 2006 until September 13, 2006.

Inmates are provided medical care by Dr. Nichols and administered by Southern Health Partners. They fill out a doctor's slip and the inmate is treated either by a nurse provided by Southern Health Partners or by Dr. Nichols. In this case, on September 13, 2006, Mr. Mann completed an Inmate Sick Call Slip. (A copy of same is attached hereto as Exhibit "D" and made a part hereof.) On September 18, 2006, Southern Health Partners examined Mr. Mann. According to their report (a copy of same is attached hereto as Exhibit "E" and made a part hereof), their office found no evidence of injuries to the inmate's back or any signs of forcible rape. Specifically, their office found "no signs of bleeding, no tears, no swelling or redness."

After a thorough review of the records, there is no evidence that Mr. Mann ever made a report of the alleged rape until he completed the Inmate Sick Call Slip on September 13, 2006. Of course, had any such incident occurred on September 7, 2006, he would have had ample opportunity to have reported it. This is particularly true in that Mr. Mann states it occurred repeatedly for several days. Furthermore, given the cell structure, had he made any attempts to fight off the alleged attacker at

the time it occurred, the incident would have been heard and appropriate action taken. Based on the information I have received, it does not appear that Mr. Mann was beaten or raped as he claims in his Complaint. Furthermore, he was not denied adequate medical attention.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 21st day of November, 2006.

LARRY NIXON
Captain/Jail Warden
Autauga County Metro Jail

SWORN TO and SUBSCRIBED to before me on this the 21st day of November, 2006.

J. ROBERT FAULK
A Notary Public of Alabama
My Commission Expires August 11, 2007

NOTARY PUBLIC

My Commission Expires:

# Exhibit C

# INMATE RULES AND REGULATIONS

DEFENDANT'S EXHIBIT

ALL-STATE LEGAL®

*C.*

1. ALL INMATES MUST HAVE THEIR ORANGE ON EVERYTIME THEY COME OUT OF THEIR CELL
2. NO "DO" RAGS WILL BE WORN ON THEIR HEAD
3. NO MATS ARE TO BE OUT OF THE CELL
4. NO SITTING ON THE STEPS OR ON THE TOP OF TABLES
5. NO HANGING ON THE RAILS
6. NO TV'S ARE TO BE LEFT ON ALL NIGHT
7. ALL INMATES ARE TO BE LOCKED DOWN FOR SHIFT CHANGE
8. ALL INMATES ARE TO BE LOCKED DOWN AT 9 P.M.
9. THE PHONES ARE NOT TO BE USED AFTER LOCKDOWN
10. ROLL CALL, HEAD COUNT AND CELL ASSIGNMENT AT FEEDING TIME
11. NO IMNATE IS TO MOVE FROM CELL TO CELL UNLESS APPROVED
12. NO BROOMS OR MOP BUCKETS TO BE LEFT OUT UNLESS BEING USED (**DO NOT USE BROOM TO CHANGE TV**)
13. NO PRESSING THE BUZZER UNLESS IT'S AN EMERGENCY
14. NO HANGING STRINGS OR GARMENTS ON CELL DOORS OR RAILS
15. NO INMATE WILL GO OR "VISIT" ANOTHER CELL
16. EACH CELL WILL BE KEPT CLEAN
17. NO PASSING NOTES FROM CELL TO CELL
18. NO INMATE WILL TOUCH OR BEAT ON GLASS OR DOORS
19. NO INMATES ARE ALLOWED IN POD CONTROL EXCEPT TO CLEAN.

## DISOBEYING THESE RULES WILL RESULT IN LOCKDOWN.THE TIME WILL BE SET BY SUPERVISORS!

# Exhibit D



**SOUTHERN HEALTH PARTNERS**

## INMATE SICK CALL SLIP – MEDICAL REQUEST

DEFENDANT'S EXHIBIT
D
ALL-STATE LEGAL®


*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 9/13/06   Pod/Location: G Pod   Cell: 603   ID#

Inmate's Full Name: Charles Mann A JR / 9/13/06 3:30 pm

Complaint/Problem: I have been Raped and enforced a Deathly threat, I have been kicked Several time, I've been chocked Down And I've been Hit in the Back and kicked And I need a Doctor

How long have you had this problem? And my butt whole hurts

Inmate's Signature: Charles Mann JR          Date: 9/13/06

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Corporal Jones have Deputy Joe have to look at him.*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 96⁷   Resp 20   Pulse 87   B/P 130/87

Instructions/Assessment: Document your findings, Inmate's responses/actions

See MD order

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 9/18/06   Seen by: S. Carson LPN

*Place original form in patient's medical record.*

# EXHIBIT

# E

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|-----------|------------|---------------------|----------|-----------|
| Mann | Charles | Nichols | #6 | |

| Date | Notes Should Be Signed by Physician |
|------|-------------------------------------|
| 9/18/06 | Capt. Lamar brought I/M to office c c/o rape and being kicked in back and head. I found a small knot in head but not consistent c being kicked. He also stated that down the middle of his back hurt found no bruises or indications that he had been kicked. I gave him Ibuprofen 800 mg bid x 7 days for c/o pain S.C. RN |
| 9/18/06 | Vales checked him and found no signs of forcable entry. No bleeding, no tears, no swelling or redness —— RN |
| 9/18/06 | I/M kept inserting that he had been raped but I found no evidence or s/s of rape when I checked him —— S. Corson LPN |

DEFENDANT'S
EXHIBIT
E
ALL-STATE LEGAL®