IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. MANN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN HEALTH PARTNERS )<br>SERVICES, et al., )<br>)<br>  Defendants. ) | CASE NO. 2:06-CV-936-MHT |

**O R D E R**

Upon review of the documents filed by the defendants and for good cause, it is

ORDERED that on or before December 8, 2006 counsel for the plaintiff shall advise the court of whether he deems it necessary to continue representation of the plaintiff in this cause of action.

Done this 28th day of November, 2006.


/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE