IN THE DISTRICT COURT OF THE UNITED STATE FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. MANN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| SOUTHERN HEALTH PARTNERS SERVICES, et al., | §   CIVIL ACTION NO: 2:06CV936-MHT |
| | § |
| Defendants. | § |

## RESPONSE OF PLAINTIFF'S COUNSEL TO ORDER DATED NOVEMBER 28, 2006, AND MOTION TO WITHDRAW

In response to the Order entered on November 28, 2006 by Chief United States Magistrate Judge Charles S. Coody, undersigned counsel for the Plaintiff respectfully advises the Court that counsel does not deem it necessary to continue representation of the Plaintiff in this cause of action. Accordingly, the undersigned counsel moves to withdraw as counsel for Plaintiff, and requests that an Order be entered allowing counsel to withdraw and relieving undersigned counsel and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. of any further responsibility for representing Plaintiff in this cause of action.

Respectfully submitted,

s/ J. Mark Englehart
Mark Englehart (ENG007)
BEASLEY, ALLEN, CROW, METHVIN
    PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a true and correct copy of the foregoing document upon plaintiff and all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class postage prepaid, on this the 8th day of December, 2006.

                                               /s/ J. Mark Englehart
                                               Of Counsel

**Plaintiff**

Charles A. Mann, AIS# 224076
Alabama Department of Corrections
Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, Alabama 36057

**Attorney for Herbie Johnson, S. Lamar, Wayne Liles and Larry Nixon**

John Robert Faulk
McDowell, Faulk & McDowell, LLC
145 West Main Street
Prattville, Alabama 36067
334-365-5950
334-365-6016 fax
robert@mcdowellfaulk.com

**Attorneys for Southern Health Partners and Tina Ellis**

Daniel F. Beasley
Robert N. Bailey, II
Lanier, Ford, Shaver & Payne, PC
200 West Side Square, Suite 5000
Huntsville, Alabama 35801
256-535-1100
dbeasley@lfsp.com
rnb@lfsp.com