IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. MANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-936-MHT |
| SOUTHERN HEALTH PARTNERS SERVICES, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the plaintiff filed by Mark Englehart on December 8, 2006 (Court Doc. No. 11), and for good cause shown, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 12th day of December, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE