IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:06cv936-MHT |
| | ) |
| SOUTHERN HEALTH PARTNERS SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 19, 2007 (Doc. # 14), that this case be dismissed without prejudice due to the plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to prosecute this cause of action.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 28th day of February, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE